LATHAM & WATKINS LLP
  Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant
Abbott Laboratories


Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.rezvani@capstonelawyers.com
Majdi Y. Hijazin (pro hac vice forthcoming)
Majdi.Hijazin@capstonelawyers.com
Kathy Pham (SBN 329345)
Kathy.Pham@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA GUTIERREZ, individually, and on behalf of a class of similarly situated individuals,<br><br>               Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES, an Illinois corporation,<br><br>             Defendant. | Case No. 2:26-cv-00089-TLN-SCR<br><br>Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

Pursuant to Civil Local Rules 143 and 144 of the Eastern District of California, the parties hereby agree and stipulate, subject to the approval of the Court, that the deadline for Defendant's Response to Plaintiff's Class Action Complaint [Dkt. 1-1] is extended to February 12, 2026.

If Defendant's Response to Plaintiff's Class Action Complaint is a Motion to Dismiss, Plaintiff shall have up to and including March 5, 2026 to file her opposition, and Defendant shall have up to and including March 19, 2026 to file its reply.

Dated:  January 20, 2026

Respectfully submitted,

LATHAM & WATKINS LLP
Melanie M. Blunschi

By  /s/ Melanie M. Blunschi
Melanie M. Blunschi

Attorneys for Defendant
Abbott Laboratories

Dated:  January 20, 2026

CAPSTONE LAW APC
Cody R. Padgett
Shahin Rezvani
Majdi Y. Hijazin
Kathy Pham

By  /s/ Cody R. Padgett
Cody R. Padgett

Attorneys for Plaintiff

## ORDER

Pursuant to Stipulation, it is so ordered.

Dated: January 20, 2026

Troy L. Nunley
Chief United States District Judge

2

Case No. 2:26-cv-00089-TLN-SCR
STIPULATION AND
ORDER TO EXTEND TIME