

# United States District Court
# Eastern District of California

| | |
|---|---|
| Alana Gutierrez | Case Number: 2:26-cv-00089-TLN-SCR |
| **Plaintiff(s)** | |
| V. | |
| Abbott Laboratories | APPLICATION FOR PRO HAC VICE AND ORDER |
| **Defendant(s)** | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
William J. Trach _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Abbott Laboratories
_____

On _____12/17/2004_____ (date), I was admitted to practice and presently in good standing in the
_____Commonwealth of Massachusetts_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____02/04/2026_____          Signature of Applicant: /s/ William J. Trach _____

**Pro Hac Vice Attorney**

Applicant's Name: William J. Trach

Law Firm Name: Latham & Watkins LLP

Address: 200 Clarendon Street

City: Boston    State: MA    Zip: 02116

Phone Number w/Area Code: (617) 948-6000

City and State of Residence: Milton, MA

Primary E-mail Address: william.trach@lw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Melanie M. Blunschi

Law Firm Name: Latham & Watkins LLP

Address: 505 Montgomery Street, Suite 2000

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 391-0600    Bar # 234264

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 4, 2026

_____
JUDGE, U.S. DISTRICT COURT