

# United States District Court
# Eastern District of California

| Alana Gutierrez | Case Number: | 2:26-cv-00089-TLN-SCR |
|---|---|---|

Plaintiff(s)

V.

Abbott Laboratories

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

U. Gwyn Williams _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Abbott Laboratories

On _____12/17/1993_____ (date), I was admitted to practice and presently in good standing in the

_____Commonwealth of Massachusetts_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____02/04/2026_____    Signature of Applicant: /s/ U. Gwyn Williams _____

**Pro Hac Vice Attorney**

Applicant's Name:              U. Gwyn Williams

Law Firm Name:              Latham & Watkins LLP

Address:              200 Clarendon Street


City:  Boston              State:  MA      Zip:  02116

Phone Number w/Area Code:  (617) 948-6000

City and State of Residence:  Boston, MA

Primary E-mail Address:  gwyn.williams@lw.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:              Melanie M. Blunschi

Law Firm Name:              Latham & Watkins LLP

Address:              505 Montgomery Street, Suite 2000


City:  San Francisco              State:  CA    Zip:      94111

Phone Number w/Area Code:  (415) 391-0600              Bar #      234264


## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  February 4, 2026              _____
                                      JUDGE, U.S. DISTRICT COURT