LATHAM & WATKINS LLP
  Melanie M. Blunschi (Bar No. 234264)
   *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant
Abbott Laboratories


Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.rezvani@capstonelawyers.com
Majdi Y. Hijazin (pro hac vice forthcoming)
Majdi.Hijazin@capstonelawyers.com
Kathy Pham (SBN 329345)
Kathy.Pham@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA GUTIERREZ, individually, and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>          v.<br><br>ABBOTT LABORATORIES, an Illinois corporation,<br><br>                    Defendant. | Case No. 2:26-cv-00089-TLN-SCR<br><br>Hon. Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE THERETO** |

Pursuant to Civil Local Rules 143 and 144 of the Eastern District of California, Plaintiff Alana Gutierrez and Defendant Abbott Laboratories ("Abbott") hereby submit the following stipulation and proposed scheduling order, subject to the approval of the Court:

**WHEREAS**, on November 11, 2025, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of California, County of El Dorado;

**WHEREAS**, on January 12, 2026, Abbott removed the case to the Eastern District of California (ECF No. 1);

**WHEREAS**, on January 20, 2026, the Court entered the Parties' stipulation extending Abbott's deadline to respond to the Complaint to February 12, 2026 (ECF No. 12);

**WHEREAS**, Plaintiff intends to amend her Complaint before Abbott's deadline to respond to the pending Complaint;

**IT IS SO STIPULATED** between the Parties, by and through their undersigned attorneys, that:

1.      Plaintiff shall file an Amended Complaint no later than February 6, 2026; and

2.      Abbott shall move or otherwise respond to the Amended Complaint no later than February 27, 2026.

2

Dated:  February 4, 2026

Respectfully submitted,

LATHAM & WATKINS LLP
  Melanie M. Blunschi

By  */s/ Melanie M. Blunschi*
  Melanie M. Blunschi

  Attorneys for Defendant
  Abbott Laboratories

Dated:  February 4, 2026

CAPSTONE LAW APC
  Cody R. Padgett
  Shahin Rezvani
  Majdi Y. Hijazin
  Kathy Pham

By  */s/ Cody R. Padgett*
  Cody R. Padgett

  Attorneys for Plaintiff

## ORDER

Pursuant to Stipulation, it is so ordered.

Dated: February 4, 2026

_____
Troy L. Nunley
Chief United States District Judge

3